DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STATE OF FLORIDA,

Appellant,

v.

STEVIE SWINSON,

Appellee.

No. 2D2025-0629

_____

January 14, 2026

Appeal from the Circuit Court for Hillsborough County; Barbara Twine-Thomas, Judge.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellant.

Victoria E. Hatfield of O'Brien Hatfield, P.A., Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and KELLY, JJ., Concur.

_____

Opinion subject to revision prior to official publication.